# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAATHOFF, | Case No. 2:12-cv-2025-ODW(MRWx) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

On March 9, 2012, Defendants removed the state court action titled *Saathoff v. The Regents of the University of California*, et al. (Case No. SC115870) to this Court. Under Federal Rule of Civil Procedure 81(c), Defendants must file an answer within the longest of the following periods: (A) 21 days after receiving a copy of the initial pleading; (B) 21 days after being served with the summons for the initial pleading; or (C) 7 days after the notice of removal is filed. Defendants did not comply with this requirement and were in default as of March 17, 2012.

On March 20, 2012, Plaintiff filed a first amended complaint. (Dkt. No. 7.) Rule 15 requires a response to the first amended complaint within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later. The parties represented that the first amended complaint

was served on March 23, 2012 to Defendant Regents and on March 26, 2012 to Defendant Barron.[1]  Their responses were due April 9, 2012.  On April 12, 2012, the parties filed a stipulation to extend time to respond to the first amended complaint, which the Court denied.  To date, Defendants have not responded to the first amended complaint.

The Court will not entertain a continuance when it appears Defendants are willfully violating the Court's deadlines.  Yet, Plaintiffs have not acted on this deficiency.  Accordingly, Plaintiff Saathoff is hereby **ORDERED TO SHOW CAUSE** in writing no later than April 20, 2012, why this action should not be dismissed for failure to prosecute.  The Court will discharge this order to show cause upon receipt of a Plaintiff's request for entry of default or an answer by the Defendants.  In the event both documents are filed before the above date, the answer will take precedence.  Failure to respond will result in the dismissal of the action.

**IT IS SO ORDERED.**

April 18, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

---

[1] Because of the plus three days reference, the Court presumes Regents was served under Rule 5(b)(C), (D), (E), or (F).